UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-1912 JAK (PVC)                                        Date:  June 3, 2022

Title      Johannes Zuurveen v. Los Angeles County Department of Health Services

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

|      Marlene Ramirez      |           None            |
|---------------------------|---------------------------|
|       Deputy Clerk        |   Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:
               None                                              None

**PROCEEDINGS:   [IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE  (Dkt. No. 5)**

On March 23, 2022, Plaintiff Gloria Zuurveen, the successor-in-interest to decedent, Johannes Zuurveen, her husband, filed a *pro se* civil rights complaint in the Central District of California pursuant to 42 U.S.C. §1983. ("Complaint," Dkt. No. 1).

On April 21, 2022, the Court issued a Memorandum and Order Dismissing Complaint with Leave to Amend due to various pleading defects. ("ODLA," Dkt. No. 5). Plaintiff was required to file either an amended complaint or a notice of intention to stand on defective complaint by May 23, 2022 if she still wished to pursue this action.[1] (*See id.* at 16). The Court expressly warned Plaintiff that the failure to file either an amended complaint or a notice of intention to stand on defective complaint by the Court's deadline would result in a recommendation that this action be dismissed with prejudice for failure

---

[1] The ODLA set a 30-day deadline for Plaintiff to file an amended complaint or a notice to stand on a defective complaint.  However, because May 21, 2022 falls on a Saturday, the deadline is extended to May 23, 2022.  *See* F.R.Civ.P. 6(a)(1)(C).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-1912 JAK (PVC)                                         Date:  June 3, 2022

Title           Johannes Zuurveen v. Los Angeles County Department of Health Services

to prosecute. (*See id.* at 16-19). The deadline has expired, and Plaintiff has failed to file either document; nor has she requested an extension of time in which to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **twenty-one (21) days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing either: (1) a First Amended Complaint, curing the deficiencies of the initial Complaint; (2) a Notice of Intention to Stand on Defective Complaint; **or** (3) a declaration under penalty of perjury stating why she is unable to do so.

If Plaintiff no longer wishes to pursue her claims, she may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). **A Notice of Dismissal form is attached for Plaintiff's convenience.** Plaintiff is again warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rules of Civil Procedure 41(b).

The Clerk of the court is directed to serve a cop of this Order upon Plaintiff at her address of record.

IT IS SO ORDERED.

00:00

Initials of Preparer        mr