1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10

11   JOHANNES ZUURVEEN, by and          Case No. CV 22-1912 JAK (PVC)
     through his successor-in-interest,
12   GLORIA ZUURVEEN,

13                    Plaintiff,          **ORDER ACCEPTING FINDINGS,**
                                          **CONCLUSIONS AND**
14          v.                            **RECOMMENDATIONS OF UNITED**
                                          **STATES MAGISTRATE JUDGE**
15   LOS ANGELES COUNTY
     DEPARTMENT OF HEALTH
16   SERVICES, et al.,

17                    Defendants.

18

19          Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint,

20   all the records and files herein, and the Report and Recommendation of the United States

21   Magistrate Judge.  The time for filing Objections to the Report and Recommendation has

22   passed and no Objections have been received.  Accordingly, the Court accepts and adopts

23   the findings, conclusions and recommendations of the Magistrate Judge.

24

25          IT IS ORDERED that the First Amended Complaint is dismissed.  Judgment shall

26   be entered dismissing the First Amended Complaint without leave to amend for failure to

27   state a federal claim, but without prejudice to Plaintiff raising her claims in state court.

28

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

2 Judgment herein on Plaintiff at her current address of record.

3

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6 DATED:  October 24, 2022

7

8                                                        _____
                                                         JOHN A. KRONSTADT
9                                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28