JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNES ZUURVEEN, by and through his successor-in-interest, GLORIA ZUURVEEN,<br><br>  Plaintiff,<br><br>  v.<br><br>LOS ANGELES COUNTY DEPARTMENT OF HEALTH SERVICES, et al.,<br><br>  Defendants. | Case No. CV 22-1912 JAK (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice, but without leave to amend.

DATED: October 24, 2022

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE